

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00378-CV

| | | |
|---|---|---|
| IN RE REPLENISH HYDRATION LLC AND BOULDEN WELLNESS PRACTICE PLLC, Relators | § | Original Proceeding |
| | § | 96th District Court of Tarrant County, Texas |
| | § | Trial Court No. 096-345167-23 |
| | § | October 20, 2023 |
| | | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and all responsive filings and holds that the petition should be conditionally granted in part. Accordingly, we conditionally grant the writ of mandamus in part and order the trial court to immediately

- vacate the part of its October 6, 2023 order denying Replenish Hydration LLC and Boulden Wellness Practice PLLC's motion to dissolve the writ of garnishment as to Vista Bank and

- grant their motion in part and dissolve the writ of garnishment as to Vista Bank.

We deny all other relief requested in the petition for writ of mandamus and motion for temporary relief and vacate the part of our October 11, 2023 order freezing Replenish's and Wellness's bank accounts at Vista Bank.

It is further ordered that each party shall bear their own costs of this original proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Brian Walker_____
    Justice Brian Walker